UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SHAWN P. MORROW,

    Plaintiff,

v.                                                     Case No. 3:20-cv-413-J-34JBT

TOM FALLIS and GEORGE FALLIS,

    Defendants.

_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Shawn Morrow, an inmate of the Duval County Jail, filed via mailbox rule on May 1, 2020, a pro se "Civil Suit/Complaint" (Complaint; Doc. 1). In the Complaint, Morrow seeks to recover $50,000 he paid Defendants to represent him in three criminal cases prior to Defendants withdrawing in May of 2016. The Court is without jurisdiction. See generally 28 U.S.C. Pt. IV, Ch. 85 (District Courts; Jurisdiction). Morrow has not raised a federal question, there is no alleged diversity of citizenship between the parties, the amount in controversy is below the monetary threshold even if there were diversity of citizenship, and he has not raised any allegations that would invoke this Court's jurisdiction under the other sections of chapter 85. See id. Accordingly, this action is due to be dismissed without prejudice to Morrow's right raise this claim in state court. See generally, §§ 26.012(2), 34.01, Fla. Stat.

Therefore, it is

**ORDERED AND ADJUDGED:**

1.    This case is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of Court shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 5th day of May, 2020.

MARCIA MORALES HOWARD
United States District Judge

Jax-8

C: Shawn Morrow #2020003842